### Ex parte McCLINTIC.

No. 7365—Opinion Filed June 6, 1916.

(157 Pac. 1029.)

Application by J. W. McClintic for writ of habeas corpus. Dismissed.

C. M. Thorp and H. A. Wilkinson, for petitioner.

Opinion by BURFORD, C The petition for writ of habeas corpus was filed on May 14, 1915. Since that time the record fails to show any prosecution of the petition, or that any writ was ever issued. No brief in support of the petition has been filed, or other action taken on behalf of the petitioner.

The petition is therefore dismissed for lack of prosecution.

By the Court: It is so ordered.

### CLAPP v. PERRY.

No. 7402—Opinion Filed June 6, 1916.

(157 Pac. 311.)

Error from District Court, Okfuskee County; John Caruthers, Judge.

Action by Washington Perry against L. W. Clapp. Judgment for plaintiff, and defendant brings error. Dismissed.

PER CURIAM. The appeal in this cause is dismissed, under rule 7 of this court, for failure to prosecute same.

By the Court: It is so ordered.